

**04CR0522**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 3 2004
Jun 23 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 04 CR 522 |
| v. | ) | Violations: Title 21, |
| | ) | United States Code, |
| JAIME ANDRADE, also known | ) | Sections 841(a)(1) and 846; |
| as "Sin," and | ) | and Title 18, United States |
| MARIBEL MIRAMONTES | ) | Code, Section 2 |

### COUNT ONE

The SPECIAL MARCH 2004 GRAND JURY charges:

Beginning in or about January 2004, and continuing until on or about January 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAIME ANDRADE, also known as "Sin,"
and MARIBEL MIRAMONTES,

defendants herein, conspired with each other and with others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of fifty grams of mixtures containing cocaine base, commonly known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.



**COUNT TWO**

The SPECIAL MARCH 2004 GRAND JURY further charges:

On or about January 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

JAIME ANDRADE, also known as "Sin,"
and MARIBEL MIRAMONTES,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely in excess of fifty grams of mixtures containing cocaine base, otherwise known as "crack cocaine," a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

JAIME ANDRADE and MARIBEL MARIMONTES

INDICTMENT

Violation(s): Title 21 Unites States Code Sections 846 and 841(a)(1) and Title 18 Unites States Code Section 2

A true bill,

_____
Foreman

Filed in open court this 22 day of June A.D. 19 04

_____
Clerk

Bail, $ _____
Deputy